UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-142-FDW

| | |
|---|---|
| DEREK SHANE GOODSON, | ) |
| Plaintiff, | ) |
| vs. | ) |
| EDWARD CABLE, et al., | )  ORDER |
| Defendants. | ) |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Release Medical Records, (Doc. No. 7), and Plaintiff's inquiry into the status of this case. Plaintiff's motion will be denied. Plaintiff is advised that when the Clerk of this Court enters an order on Plaintiff's pending application to proceed in forma pauperis, this Court will then conduct an initial screening of the action. If the Complaint survives initial screening, discovery in this action will not commence until after Defendants have been served and answered or otherwise responded to the Complaint, and after the Court has entered a Pretrial Order and Case Management Plan in this matter setting forth deadlines for discovery and dispositive motions. Thus, Plaintiff's request for an order from this Court to require the release of Plaintiff's medical records is premature. Moreover, once discovery commences, Plaintiff must seek discovery from Defendants directly, rather than filing requests for discovery with the Court.

**IT IS THEREFORE ORDERED THAT:**

(1) Plaintiff's Motion to Release Medical Records, (Doc. No. 7), is **DENIED**.

Signed: January 9, 2018

Frank D. Whitney
Chief United States District Judge

1